1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRED LEON MARTINEZ, | ) | 1:05-CV-0964 LJO JMD (HC) |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #16] |
| | ) | |
| v. | ) | ORDER DENYING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| DARREL G. ADAMS, Warden, | ) | TO ENTER JUDGMENT |
| | ) | |
| Respondent. | ) | ORDER DECLINING TO ISSUE |
| | ) | CERTIFICATE OF APPEALABILITY |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 3, 2008, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be DENIED with prejudice. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. More than thirty days have passed and no objections have been filed.

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*

2    *novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the

3    Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

4    A state prisoner seeking a writ of habeas corpus has no absolute entitlement to appeal a

5    district court's denial of his petition, and an appeal is only allowed in certain circumstances.  Miller-

6    El v. Cockrell, 123 S.Ct. 1029, 1039 (2003).  The controlling statute in determining whether to issue

7    a certificate of appealability is 28 U.S.C. § 2253, which provides as follows:

8
     (a) In a habeas corpus proceeding or a proceeding under section 2255 before a district
9    judge, the final order shall be subject to review, on appeal, by the court of appeals for
     the circuit in which the proceeding is held.

10   (b) There shall be no right of appeal from a final order in a proceeding to test the
     validity of a warrant to remove to another district or place for commitment or trial a
11   person charged with a criminal offense against the United States, or to test the validity
     of such person's detention pending removal proceedings.
12
     (c)(1) Unless a circuit justice or judge issues a certificate of appealability, an appeal
13   may not be taken to the court of appeals from--

14   (A) the final order in a habeas corpus proceeding in which the detention complained
     of arises out of process issued by a State court; or
15
     (B) the final order in a proceeding under section 2255.
16
     (2) A certificate of appealability may issue under paragraph (1) only if the applicant
17   has made a substantial showing of the denial of a constitutional right.

18
     (3) The certificate of appealability under paragraph (1) shall indicate which specific
19   issue or issues satisfy the showing required by paragraph (2).

20   If a court denies a petitioner's petition, the court may only issue a certificate of appealability

21   "if jurists of reason could disagree with the district court's resolution of his constitutional claims or

22   that jurists could conclude the issues presented are adequate to deserve encouragement to proceed

23   further."  Miller-El, 123 S.Ct. at 1034; Slack v. McDaniel, 529 U.S. 473, 484 (2000).  While the

24   petitioner is not required to prove the merits of his case, he must demonstrate "something more than

25   the absence of frivolity or the existence of mere good faith on his . . . part."  Miller-El, 123 S.Ct. at

26   1040.

27   In the present case, the Court finds that reasonable jurists would not find the Court's

28

1  determination that Petitioner is not entitled to federal habeas corpus relief debatable, wrong, or

2  deserving of encouragement to proceed further.  Petitioner has not made the required substantial

3  showing of the denial of a constitutional right.  Accordingly, the Court hereby DECLINES to issue a

4  certificate of appealability.

5          Accordingly, IT IS HEREBY ORDERED that:

6          1. The Findings and Recommendation issued September 3, 2008, is ADOPTED IN FULL;

7
8          2. The Petition for Writ of Habeas Corpus is DENIED with prejudice;

9          3. The Clerk of Court is DIRECTED to enter judgment and close this action; and

10         4. The Court DECLINES to issue a certificate of appealability.

11

12

13

14
   IT IS SO ORDERED.
15

16 **Dated:    October 17, 2008               /s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28